IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT A. EDWARDS | : | CIVIL ACTION |
| Petitioner | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA BOARD OF PROBATION, AND PAROLE, et al | : | NO. 09-cv-1070-EL |
| Respondents | | |

## O R D E R

EDMUND V. LUDWIG, J.

AND NOW, this 17th day of August, 2009, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Petitioner's objections are overruled.

3. Edwards' Petition to Supplement Memorandum of Law (document #2) is GRANTED.

4. All other pending motions in this case (document #s 4, 7, 8, 9, and 10) are DENIED.

5. The petition for a writ of habeas corpus is DISMISSED.

6. There is no basis for the issuance of a certificate of appealability.

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.