IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT A. EDWARDS, | : | Civil Action |
| | : | |
| v. | : | No. 09-CV-1070 |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, et al., | : | |

### ORDER

AND NOW, this 15th day of March 2013, it is ordered that:

1. The Clerk of Court file and docket "Petitioner's Notice of File Habeas Corpus" in this matter;

2. Petitioner's Notice is dismissed for lack of subject matter jurisdiction;

3. There is no cause to issue a certificate of appealability; and

4. The Clerk of Court shall close this matter.

BY THE COURT:


/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.